FILED

MAY - 1 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHRISTELL HUTCHERSON,

        Plaintiff,

        v.

BAYER CORPORATION, and DOES 1-20, inclusive,

        Defendants.

_____/

No. C 01-1799 MHP

**JUDGMENT**

Fed. R. Civ. P. 58

    This action having come before this Court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented in accordance with the standing procedural order of this Court, and an Order having been duly filed herein,

    IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED and that the action is DISMISSED.

    IT IS SO ORDERED.

Dated: _4/30/03_

                                                  MARILYN HALL PATEL
                                                  Chief Judge
                                                  United States District Court
                                                  Northern District of California

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTELL HUTCHERSON,

        Plaintiff,

  v.

BAYER CORPORATION,

        Defendant.
_____/

Case Number: CV01-01799 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry Schreibstein
Kelly Herlihy & Klein LLP
44 Montgomery Street
Suite 2500
San Francisco, CA 94104

Linda J. Gulledge
Orrick Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

Howard Moore
Moore and Moore
445 Bellevue
Second floor
Oakland, CA 94610

Mellanese S. Lofton
836B, Southhampton Road
Suite 360
Benicia, CA 94510

Jeffrey D. Wohl
Paul, Hastings, Janofsky & Walker LLP
55 Second Street
San Francisco, CA 94105-3441

Richard W. Wieking, Clerk

BY: _____
      Deputy Clerk